UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| WAYNE COLLETT, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) Civil Action No. 6:25-CV-190-CHB |
| | ) |
| ALLSTATE INDEMNITY COMPANY | ) |
| D/B/A ALLSTATE | ) |
| | ) |
| DEFENDANT | ) |
| | ) |

## **COUNSEL'S RESPONSE TO THE COURT'S SHOW CAUSE ORDER**

Comes Plaintiff's Counsel, Christopher Bailey, in Response to the Court's Order to Show Cause dated February 12, 2026 (D.E. 11) and states as follows:

Counsel states that he failed to file a Response to the Defendant's Motion to Bifurcate due to inadvertence. Counsel is in the process of transitioning his present cases to new counsel within the Denham Property and Injury Law Firm and the deadline for the Response was not properly logged. Counsel has since filed his Response to the Motion – indicating no objection – and will diligently work to ensure that all further Orders of the Court are obeyed in a prompt and appropriate manner.

Respectfully submitted,

/s/ Christopher C. Bailey
Christopher C. Bailey
Denham Property and Injury Law Firm
250 W. Main Street, Suite 120
Lexington, KY 40507
(859) 212-6579
Christopher@Denham.Law
Service@denham.law
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 12, 2026, a true and accurate copy of the foregoing document was served via electronically upon:

Anthony J. Iaciofano
BENJAMIN, HEATHER, IACIOFANO &
BITTER, LLC
Westlake Center
4555 Lake Forest Drive, Suite 650
Cincinnati, OH 45242
Telephone: (513) 721-5672
Facsimile:  (513) 562-4388
Email: ajiaciofano@bhiblaw.com
*Attorney for Defendant, Allstate Indemnity*
*Company d/b/a Allstate*

/s/ Christopher C. Bailey
Counsel for Plaintiff